## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: Zemon Concrete Corporation,    )
                                      )    Case No. 07 B 20805
                  Debtor.             )
                                      )

### ORDER FOR RELIEF

An order for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, is hereby entered.

ENTER:

*/s/ Susan Pierson Sonderby*
Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: December 12, 2007

DEC 1 2 2007