UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )   Case No. 07-20805
    Zemon Concrete Corporation,                 )
                                                )   Chapter 7
           Debtor.                              )
                                                )   Honorable Timothy A. Barnes

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING
TO R. SCOTT ALSTERDA AND NIXON PEABODY LLP, COUNSEL FOR THE TRUSTEE,
FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES

| TOTAL FEES REQUESTED: | $ 10,710.00 | TOTAL COSTS REQUESTED: | $ 24.35 |
| TOTAL FEES REDUCED:   | $    112.50 | TOTAL COSTS REDUCED:   | $ 0 |
| TOTAL FEES ALLOWED:   | $ 10,597.50 | TOTAL COSTS ALLOWED:   | $ 24.35 |

TOTAL FEES AND COSTS ALLOWED: $ 360,369.22

The time and expense entries attached as <u>Exhibit A</u> to this Order have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)  <u>Computational or Typographical Error – TOTAL of disallowed amounts: $112.50</u>

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. In one instance, the amount of time billed by two attorneys for attending same hearing differed and while appearances by both attorneys at such hearing appeared reasonable and not duplicative, the court has reduced the longer entry to match the shorter of the two. *See* Exh. A, at p. 10.

Dated: December 17, 2019

                                                             Timothy A. Barnes
                                                             United States Bankruptcy Judge

# **EXHIBIT A**



**NIXON PEABODY**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

70 W. Madison St., Suite 3500
Chicago, IL 60602
TEL: (312) 977-4400
FAX: (312) 977-4405

RSA, Trustee for Zemon Concrete Corporation, Debtor
3500 Three First National Plaza
Chicago, IL 60602

September 26, 2019
Invoice No. 10123832
Account: 293608
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2019, including:**

**MATTER NO.:  000002     LEGAL WORK**

**For Professional Fees:**

**B100 Administration**
  **B110: Case Administration**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 06/29/09 | P. Ross | 1.10 | 225.00 | 247.50 | Draft Trustee's Motion to Dismiss Bankruptcy Case and proposed Order. |
| 09/29/09 | R. Alsterda | 0.30 | 450.00 | 135.00 | Telephone conference with W. Pearlman regarding schedules and statements for Zemon, Ozinga litigation and outstanding letters with credit. |
| 01/04/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Draft memorandum to W. Pearlman regarding schedules and statements for Chapter 7 case. |
| 01/29/10 | P. Ross | 0.20 | 225.00 | 45.00 | Draft memorandum with summary of Zemon Concrete bank accounts and other financial instruments for potential liquidation and distribution to creditors. |
| **Task Total: Case Administration** | | **1.80** | **287.50** | **517.50** | |

Nixon Peabody LLP
Bill Number 10123832    Page 2

### B120: Asset Analysis and Recovery

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 07/07/09 | R. Alsterda | 0.40 | 450.00 | 180.00 | Telephone conference with P. Kuplic from Oxford Bank regarding Zemon's accounts and letters of credit. |
| **Task Total: Asset Analysis and Recovery** | | **0.40** | **450.00** | **180.00** | |

### B130: Asset Disposition

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 07/06/09 | R. Alsterda | 1.00 | 450.00 | 450.00 | Review of Oxford Bank accounts and draft letter requesting account information for Zemon Concrete Company. |
| 08/03/09 | R. Alsterda | 0.40 | 450.00 | 180.00 | Review of documents for letter of credit and bond contact information. |
| 08/19/09 | P. Ross | 0.20 | 225.00 | 45.00 | Conference with S. Alsterda regarding release of letters of credit for the benefit of the Zemon Concrete bankruptcy estate. |
| 08/31/09 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone call to Oxford Bank account manager P. Kuplic regarding release of two letters of credit issued by Zemon Concrete and necessary steps to release the certificates of deposit securing them. |
| 08/31/09 | P. Ross | 0.30 | 225.00 | 67.50 | Review Zemon Concrete loan, letter of credit, and certificate of deposit documents from corporate president W. Perlman. |
| 08/31/09 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone call to North American Specialty Insurance Co. / Washington International Insurance Co. regarding release of original letter of credit issued by Zemon Concrete in May 2001. |
| 08/31/09 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone call to City of Chicago Department of Transportation regarding release of original letter of credit issued by Zemon Concrete in September 2002. |

Nixon Peabody LLP
Bill Number 10123832    Page 3

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/13/09 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with letter of credit holder N.A.S. Insurance Co., J. Nelson regarding determination of status for release of letter of credit back to Oxford Bank. |
| 10/15/09 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with City of Chicago, Dept. of Transportation (L. Hamilton and G. Quinones) relating to release of letter of credit 1161. |
| 10/23/09 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with Department of Transportation (H. Langston) regarding release of letter of credit No. 1161. |
| 10/23/09 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Department of Transportation (Nolan) regarding permit department and release of letter of credit no. 1161. |
| 11/03/09 | P. Ross | 0.30 | 225.00 | 67.50 | Telephone conference with letter of credit holder City of Chicago Department of Transportation (Rica Wallace) regarding conditions of release of letter of credit no. 1161. |
| 11/05/09 | P. Ross | 0.20 | 225.00 | 45.00 | Draft memorandum to S. Alsterda regarding release of letters of credit held by Chicago Department of Transportation and NAS Surety Group. |
| 01/29/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Oxford Bank (P. Kuplic) regarding Zemon Concrete checking accounts and assets. |
| 01/29/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with NAS Surety (J. Goldberg) regarding letter of credit 1200 held by NAS Surety and issue regarding release. |
| 01/29/10 | P. Ross | 0.50 | 225.00 | 112.50 | Review Zemon Concrete certificate of deposit, loan agreements and account statements for bank accounts and other potential sources of funds for distribution to creditors. |
| 02/01/10 | P. Ross | 0.30 | 225.00 | 67.50 | Telephone conference with NAS attorney J. Goldberg regarding status and release of Letter of Credit No. 1200 to Oxford Bank. |

Nixon Peabody LLP
Bill Number 10123832    Page 4

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/01/10 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with P. Kuplic from Oxford Bank regarding status of Letters of Credit No. 1161 and 1200, and funds in CDs securing those letters of credit. |
| 02/01/10 | P. Ross | 0.10 | 225.00 | 22.50 | Draft memorandum report to S. Alsterda regarding status of Debtor's funds in CD accounts with Oxford Bank. |
| 02/17/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of correspondence from P. Ross regarding surety's return of letter of credit and Bank's proposed delivery of cash proceeds for Debtor's pledged account. |
| 02/17/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with NAS Surety contact J. Goldberg regarding release of letter of credit to Oxford Bank. |
| 02/17/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Oxford Bank contact P. Kuplic regarding disbursement of proceeds of CD to Zemon bankruptcy estate. |
| 02/17/10 | P. Ross | 0.10 | 225.00 | 22.50 | Draft memorandum to S. Alsterda regarding Zemon letters of credit and Ozinga/Bibby litigation pending in Kane County. |
| 02/24/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Oxford Bank contact P. Kulic regarding balance of letter of credit no. 1200. |
| 02/24/10 | P. Ross | 0.10 | 225.00 | 22.50 | Draft correspondence to Oxford Bank seeking distribution of excess proceeds of letter of credit no. 1200. |
| 04/06/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Oxford Bank contact P. Kuplic regarding letter of credit account histories and supporting documents. |
| 05/14/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with counsel P. Ryan regarding release of citation proceedings against Debtor's funds in Harris Bank account. |
| 07/13/10 | R. Alsterda | 0.10 | 450.00 | 45.00 | Draft memo to P. Ross regarding status of release of letters of credit for completed jobs. |
| 07/14/10 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of draft letter to Bank regarding release of funds and accounting for letter of credit charges. |

Nixon Peabody LLP
Bill Number 10123832   Page 5

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/14/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Fringe Benefits Funds counsel P. Ryan regarding release of citation to discover assets on Harris Bank account by Laborers Pension Fund. |
| 07/14/10 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with Laborers Pension Fund counsel P. Wallace regarding release of citation to discover assets on Harris bank account. |
| 07/14/10 | P. Ross | 0.20 | 225.00 | 45.00 | Review notes regarding Zemon letters of credit 1161 and 1200 and release of funds held as collateral by Oxford Bank. |
| 07/14/10 | P. Ross | 0.40 | 225.00 | 90.00 | Draft correspondence to Oxford Bank representative P. Kuplic regarding request for account history documents relating to letters of credit 1161 and 1200. |
| 07/14/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank Legal Department counsel D. Kenney regarding release of funds previously frozen by Laborers Pension Fund citation. |
| 07/14/10 | P. Ross | 0.10 | 225.00 | 22.50 | Review and respond to correspondence from S. Alsterda regarding Harris Bank account and Oxford Bank letters of credit |
| 07/16/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank bankruptcy/legal representative R. Paleczny regarding Zemon bank account. |
| 07/16/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank legal department representative Beth regarding unfrozen bank account. |
| 07/21/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Commercial Account representative C. Flisnik regarding former Harris bank account. |
| 07/29/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank representative C. Flisnik regarding release of citation and account information on Zemon bank account. |
| 08/05/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank legal department representative B. Thompson regarding information on Zemon bank account. |

Nixon Peabody LLP
Bill Number 10123832    Page 6

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 08/05/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank assistant branch manager D. Kordicsego regarding information on Zemon bank account. |
| 08/05/10 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Harris Bank representative A. O'Connor regarding Zemon bank account with Harris Bank. |
| 08/06/10 | P. Ross | 0.10 | 225.00 | 22.50 | Review and respond to correspondence from Harris Bank accounts workout manager C. Flisnik regarding information on Zemon bank account. |
| 08/09/10 | P. Ross | 0.10 | 225.00 | 22.50 | Review and respond to correspondence from Harris Bank legal representative J. Anderson regarding Zemon bank account. |
| 09/05/10 | P. Ross | 0.10 | 225.00 | 22.50 | Review correspondence from Harris Bank representative J. Anderson regarding release of funds held. |
| 12/02/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review and revise letter to Bank requesting turnover of funds on deposit and accounting records for Debtor's bank accounts. |
| 12/02/10 | P. Ross | 0.30 | 225.00 | 67.50 | Draft correspondence to Harris Bank representatives D. Kenney, J. Anderson, and B. Clausen regarding turn over of funds in Zemon accounts. |
| 12/10/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of check from Harris Bank for funds released from freeze by creditor. |
| 12/28/10 | P. Ross | 0.20 | 225.00 | 45.00 | Draft correspondence to Harris N.A. counsel D. Kenney regarding accounting for Zemon bank account(s). |
| 07/01/11 | P. Ross | 0.20 | 225.00 | 45.00 | Draft memorandum to S. Alsterda regarding outstanding letters of credit to be liquidated. |
| 07/01/11 | P. Ross | 0.30 | 225.00 | 67.50 | Review documents regarding Letters of Credit 1161 and 1200. |
| 07/06/11 | R. Alsterda | 0.40 | 450.00 | 180.00 | Review of draft letter to Oxford Bank requesting turnover of cash deposits for expired letters of credit and conference with P. Ross regarding nature and amount of bank charges. |
| 07/06/11 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with P. Kuplic of Oxford Bank regarding release of letter of credit funds. |

Nixon Peabody LLP
Bill Number 10123832    Page 7

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/06/11 | P. Ross | 0.40 | 225.00 | 90.00 | Draft correspondence to Oxford Bank regarding disbursement of funds securing letters of credit. |
| 07/14/11 | R. Alsterda | 0.20 | 450.00 | 90.00 | Conference with P. Ross regarding Oxford Bank's request for an affidavit of Trustee's current status as Trustee for Zemon. |
| 07/14/11 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with Oxford Bank representative P. Kuplic regarding turnover of funds. |
| 07/14/11 | P. Ross | 0.10 | 225.00 | 22.50 | Telephone conference with S. Alsterda regarding communication with Oxford Bank concerning turnover. |
| 07/14/11 | P. Ross | 0.20 | 225.00 | 45.00 | Draft Affidavit of S. Alsterda for Oxford Bank's turnover. |
| 07/15/11 | P. Ross | 0.10 | 225.00 | 22.50 | Correspondence to Oxford Bank representative P. Kuplic regarding Affidavit by Trustee. |
| 07/19/11 | R. Alsterda | 0.30 | 450.00 | 135.00 | Review of schedules and Oxford Bank documentation on certificates of deposit to reconcile check to scheduled values for certificates of deposit. |
| 07/19/11 | R. Alsterda | 0.20 | 450.00 | 90.00 | Conference with P. Ross regarding Oxford Bank reconciliation of certificates of deposit to scheduled amounts. |
| 07/19/11 | P. Ross | 0.10 | 225.00 | 22.50 | Conference with S. Alsterda regarding bank records from Oxford Bank CD's. |
| 07/21/11 | P. Ross | 0.10 | 225.00 | 22.50 | Correspondence to Oxford Bank representative P. Kuplic regarding CD accounts turnover. |
| 07/21/11 | P. Ross | 0.50 | 225.00 | 112.50 | Review Oxford Bank account records for four CD accounts turned over to trustee. |
| 07/21/11 | P. Ross | 0.50 | 225.00 | 112.50 | Draft memorandum analysis of turnover records from Oxford Bank. |
| **Task Total: Asset Disposition** | | **12.80** | **297.07** | **3,622.50** | |

Nixon Peabody LLP
Bill Number 10123832    Page 8

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 12/27/07 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of motion to modify stay for leased vehicle. |
| 01/02/08 | R. Alsterda | 0.30 | 450.00 | 135.00 | Court appearance for hearing on GMAC's motion to modify Automatic Stay. |
| 01/02/08 | R. Alsterda | 0.20 | 450.00 | 90.00 | Draft memorandum to J. Philbrick regarding GMAC's motion to modify stay on leased vehicle. |
| 01/02/08 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of memorandum from J. Philbrick, counsel for GMAC including lease documentation on vehicle and draft response regarding lack of Debtor's interest in vehicle from documents. |
| 01/07/08 | R. Alsterda | 0.10 | 450.00 | 45.00 | Correspondence with J. Philbrick, counsel for GMAC regarding motion to modify Automatic Stay on leased vehicle. |
| 01/09/08 | R. Alsterda | 0.20 | 450.00 | 90.00 | Court appearance for a continued hearing on GMAC's motion to modify Automatic Stay on leased vehicle. |
| 01/11/08 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of GMAC's motion to modify stay on Silverado and correspondence with B. Perlman and J. Philbrick, counsel for GMAC on prior repossession of vehicle. |
| 08/31/09 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of Ozinga's motion to modify stay to proceed with mechanics' lien case. |
| 09/01/09 | R. Alsterda | 0.20 | 450.00 | 90.00 | Telephone conference with D. Curran, counsel for property owners regarding Ozinga's motion to modify stay to proceed with mechanics lien cases. |
| 09/04/09 | R. Alsterda | 0.40 | 450.00 | 180.00 | Telephone conference with D. Curran regarding Ozinga's motion to modify stay and claim/lien litigation involving multiple parties. |
| 09/07/09 | R. Alsterda | 0.10 | 450.00 | 45.00 | Telephone call from D. Curran regarding briefing schedule for Ozinga's motion to modify stay. |
| 09/08/09 | R. Alsterda | 0.30 | 450.00 | 135.00 | Court appearance for hearing on Ozinga's motion to modify stay and conference with counsel for Ozinga and Owner on briefing schedule. |

Nixon Peabody LLP
Bill Number 10123832   Page 9

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/10/09 | P. Ross | 0.10 | 225.00 | 22.50 | Review Order Scheduling Briefing of Ozinga's Motion to Annul Stay. |
| 09/24/09 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of Owner's response to Developer's motion to modify the stay. |
| 10/01/09 | R. Alsterda | 0.30 | 450.00 | 135.00 | Telephone conference with R. Yalden, counsel for Ozinga, regarding motion to modify stay relating to mechanics' lien litigation with owners/developers. |
| 10/12/09 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of Ozinga's reply to Owner/Developer's responses to motion to modify the stay to enforce mechanics' liens. |
| 10/13/09 | P. Ross | 0.20 | 225.00 | 45.00 | Review Ozinga Concrete's Reply to Motion to Annul the Automatic Stay. |
| 10/16/09 | P. Ross | 0.20 | 225.00 | 45.00 | Conference with S. Alsterda regarding motion to modify stay and Trustee's position on briefs filed. |
| 10/19/09 | P. Ross | 0.20 | 225.00 | 45.00 | Telephone conference with Ozinga attorney R. Yalden regarding developments in Motion to Abandon Stay and proposed Order. |
| 10/19/09 | P. Ross | 0.10 | 225.00 | 22.50 | Review Zemon Concrete bankruptcy docket for potential additional responses to Ozinga's Motion to Modify Stay and briefs submitted in support and in opposition to that motion. |
| 10/20/09 | P. Ross | 0.60 | 225.00 | 135.00 | Court appearance for hearing on Ozinga's Motion to Modify Stay and briefs in support and opposition thereto. |
| 10/20/09 | P. Ross | 0.10 | 225.00 | 22.50 | Draft memorandum to S. Alsterda regarding court's entry of order annulling automatic stay as to Ozinga. |
| 01/29/10 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of correspondence regarding settlement of Ozinga mechanics' lien litigation. |
| 02/15/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of correspondence from R. Mahoney regarding Ozinga litigation; and draft memorandum to D. Perlman regarding Zemon's claims against Ozinga. |
| 02/16/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Draft response to R. Mahoney regarding Zemon's claims in Ozinga litigation. |

Nixon Peabody LLP
Bill Number 10123832    Page 10

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 02/18/10 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of correspondence from C. Mahoney and P. Ross regarding Ozinga litigation and bond claims. |
| 03/05/10 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of correspondence on Ozinga settlement negotiations. |
| **Task Total: Relief from Stay/Adequate Protection Proceedings** | | **5.50** | **388.64** | **2,137.50** | |

**B160: Fee/Employment Applications**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 08/31/09 | P. Ross | 0.10 | 225.00 | 22.50 | Conference with S. Alsterda regarding Trustee's Application to Employ Legal Counsel to be drafted. |
| 08/31/09 | P. Ross | 1.60 | 225.00 | 360.00 | Draft Trustee's Application to Employ U&H as Legal Counsel, Verified Declaration of Disinterestedness, and Proposed Order. |
| 08/31/09 | P. Ross | 0.30 | 225.00 | 67.50 | Analyze creditor mailing matrix, docket, claims register, and other bankruptcy documents for conflicts check (Trustee's Application to Employ U&H). |
| 09/01/09 | P. Ross | 0.30 | 225.00 | 67.50 | Revise Trustee's Application to Employ U&H as Legal Counsel, Verified Declaration of Disinterestedness, and Proposed Order. |
| 09/08/09 | R. Alsterda | 0.20 | 450.00 | 90.00 | Court appearance for hearing on Trustee's motion to employ legal counsel. |
| 09/08/09 | P. Ross | 0.70 | 225.00 | 157.50 | Court appearance for hearing on Trustee's Application to Employ U&H as Legal Counsel. |
| 07/19/13 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of notice of Trustee's motion to employ accountants including affidavit of disinterestedness for L. West. |
| 07/19/13 | P. Ross | 0.60 | 225.00 | 135.00 | Draft Trustee's Application to Employ Lois West and Popowcer Katten as Accountants and proposed Order. |
| 07/25/13 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of notice and correspondence from P. Ross on Trustee's motion to employ accountants for tax issues. |
| 07/25/13 | P. Ross | 0.10 | 225.00 | 22.50 | Correspondence with S. Alsterda regarding Trustee's Application to Employ. |

Nixon Peabody LLP
Bill Number 10123832    Page 11

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 07/26/13 | P. Ross | 0.10 | 225.00 | 22.50 | Review and finalize Trustee's Application to Employ Accountants. |
| 08/06/13 | R. Alsterda | 0.50 | 450.00 | 225.00 | Court appearance for hearing on the Trustee's motion to employ accountants. |
| **Task Total: Fee/Employment Applications** | | **4.70** | **268.09** | **1,260.00** | |

**B200 Operations**
  **B240: Tax Issues**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 07/11/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Correspondence with L. West and W. Perlman regarding Zemon's taxable corporate status and review of documents for C. Corp. or S. Corp. designation. |
| 07/11/13 | R. Alsterda | 0.10 | 450.00 | 45.00 | Correspondence with W. Perlman and L. West regarding Zemon's taxable status. |
| 07/11/13 | R. Alsterda | 0.20 | 450.00 | 90.00 | Draft memorandums to L. West and W. Perlman confirming Zemon's current taxable status as a C. Corporation. |
| 12/03/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Correspondence with L. West regarding the preparation of tax returns for the Chapter 7 bankruptcy estate. |
| 12/03/13 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of correspondence with W. Perlman on Zemon's federal tax corporate designation and draft memo to L. West confirming Zemon's C corporate designation. |
| **Task Total: Tax Issues** | | **1.10** | **450.00** | **495.00** | |

**B300 Claims and Plan**
  **B310: Claims Administration and Objections**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|
| 04/13/10 | P. Ross | 0.10 | 225.00 | 22.50 | Review proof of claim filed by Illinois Department of Employment Security. |
| 03/08/13 | R. Alsterda | 1.60 | 450.00 | 720.00 | Review of proofs of claims, including secured claims, priority claims and general unsecured claims for documents supporting claims and potential claim objections. |
| 12/03/13 | R. Alsterda | 0.50 | 450.00 | 225.00 | Review of filed proofs of claim for |

Nixon Peabody LLP
Bill Number 10123832 Page 12

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | classification issues and potential claim objections. |
| 12/03/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Review of claims alleging security interests and proposed motion for an order valuing secured claims.. |
| 12/06/13 | R. Alsterda | 0.50 | 450.00 | 225.00 | Review of Symons secured claim and telephone conference with A. Seigman regarding value of secured claim. |
| 12/06/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Review of the Illinois Department of Employment Security's proof of claim and telephone conference with L. Cruz regarding documentation for priority claims. |
| 12/06/13 | R. Alsterda | 0.60 | 450.00 | 270.00 | Review of the Laborer's P&W Fund's secured claim including documents supporting claim and telephone conference with C. Krivanek regarding the value of the secured claim. |
| 12/06/13 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of the Illinois Department of Employment Security's claim summary. |
| 12/07/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Research on valuation of secured claims for Chapter 7 distribution. |
| 12/08/13 | R. Alsterda | 0.30 | 450.00 | 135.00 | Draft memorandum to C. Krivanek regarding proposed reclassification of Laborer's claim and projected distribution to priority claims. |
| 12/16/13 | R. Alsterda | 0.10 | 450.00 | 45.00 | Review of correspondence to C. Krivanek regarding the Laborer's secured claim. |
| 12/30/13 | R. Alsterda | 0.20 | 450.00 | 90.00 | Correspondence with C. Krivanek regarding the proposed amendment at the Laborer's proof of claim. |
| 02/02/14 | R. Alsterda | 0.20 | 450.00 | 90.00 | Draft memo to counsel for Laborer's Funds regarding proposed claim amendment. |

Nixon Peabody LLP
Bill Number 10123832    Page 13

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/18/14 | R. Alsterda | 0.20 | 450.00 | 90.00 | Review of correspondence from C. Krivanek regarding the Laborer's alleged secured claim. |
| 02/23/14 | R. Alsterda | 0.30 | 450.00 | 135.00 | Review of Laborer's claim for alleged security interest in Debtor's assets. |
| **Task Total: Claims Administration and Objections** | | **5.60** | **445.98** | **2,497.50** | |

**TOTAL HOURS:** 31.90

**TOTAL FEES:** $10,710.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| R. Alsterda | 450.00 | 15.70 | 7,065.00 |
| **Associates** | | | |
| P. Ross | 225.00 | 16.20 | 3,645.00 |
| **Total All Timekeepers:** | | **31.90** | **$10,710.00** |

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 10/19/09 | Call to 18159658635 ROCKFORD IL from 4126 | 3.40 |
| 07/14/10 | Postage | 0.44 |
| 07/07/11 | Postage | 0.44 |
| 06/05/19 | Postage | 20.07 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$24.35** |

**TOTAL FOR MATTER -- LEGAL WORK:** $10,734.35

| | | |
|---|---|---|
| Total Fees............................................................................... | $ | 10,710.00 |
| Total Charges and Disbursements ............................................. | $ | 24.35 |
| Total Time and Costs .............................................................. | $ | 10,734.35 |
| **TOTAL FOR STATEMENT:** | | **$10,734.35** |